FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 01 2012 ★

LONG ISLAND OFFICE

MEMORANDUM TO
THE HONORABLE JOSEPH F. BIANCO
U.S. DISTRICT JUDGE

RE: QUIROS, Arturo
Dkt. No. 08-CR-70
**International Travel Request**

The above referenced individual was sentenced by Your Honor on February 5, 2012, after a plea of guilty to Payroll Tax Evasion, in violation of 26 U.S.C. § 7201, a Class D Felony and Engaging in a Pattern of Unlawful Employment of Illegal Aliens, in violation of 8 U.S.C. § 1324 a(a)(1)(A) and 1324 (a)(f)(1), a Class B Misdemeanor. The offender was sentenced to 36 months custody, to be followed by a 3 year term of supervised release. The following special conditions of supervised release were imposed: Comply with the order to pay a criminal penalty ($104,490) on Count #13, per the plea agreement, payable at a rate of 25% of the offender's net disposable income; Comply with the order of restitution ($889,971), payable at rate of 25% of the offender's net disposable income; and Full financial disclosure to the Probation Department.

As the Court is already aware of, the offender traveled to his native Costa Rica on 2 separate occasions between June 2012 and August 2012. The purpose of the trips was to allow the offender the opportunity to sell property in Costa Rica, with a view towards defraying this money towards his restitution obligation. The offender returned from these approved trips and determined that he needs to keep closer track of his properties, including a coffee farm that he owns which has been mismanaged during his incarceration. The offender has requested permission to travel to Costa Rica on six occasions between October 15, 2012 and January 31, 2014. He provided the undersigned probation officer a detailed business plan which includes the subdivision and sale of the coffee farm.

The offender is significantly leveraged due to his ownership of property in both the United States and Costa Rica is suffering financially. He has not paid the mortgage on his primary residence wherein he resides with his wife and children. Since his release from BOP custody on February 14, 2012, he has spent most of his time renovating a Southampton Village property that he owns and to alleviate his financial stress has been attempting to sell this property. Unfortunately he has been unable to secure a buyer.

The offender commenced supervised release after the completion of his custodial sentence on February 14, 2012. The offender has been managing property that he owns on the east end of Long Island including the aforementioned renovations. The Probation Department is recommending that the Court approve the proposed travel plans.

RESPECTFULLY SUBMITTED:


EILEEN KELLY
Chief U.S. Probation Officer

QUIROS, A.

PREPARED BY: _Vincent Danielo_
VINCENT DANIELO
U.S. Probation Officer
(631) 712-6321

APPROVED BY: _Schneider_
CRAIG SCHNEIDER
Supervising U.S. Probation Officer

**REQUEST TO TRAVEL INTERNATIONALLY:**

(X) APPROVED

( ) DENIED

_____  11/1/12
HONORABLE JOSEPH F. BIANCO, U.S. DISTRICT JUDGE          DATE

October 12, 2012

**VAD, Central Islip**

-2-